**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.   **CV 25-7476-JFW**                                                                Date: October 20, 2025

Title:        In Re Marine Wholesale & Warehouse Co.
              Marine Wholesale and Warehouse Co. -v- United States of America

---

**PRESENT:**

   **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

   **Shannon Reilly**                                            **None Present**
   **Courtroom Deputy**                                          **Court Reporter**


**ATTORNEYS PRESENT FOR PLAINTIFFS:**           **ATTORNEYS PRESENT FOR DEFENDANTS:**
                None                                                    None

**PROCEEDINGS (IN CHAMBERS):**      **ORDER TO SHOW CAUSE**

   Appellant is ordered to show cause in writing on or before November 2, 2025 why this appeal should not be dismissed for failure to prosecute. No oral argument on this matter will be heard unless otherwise ordered by the Court. See Fed. R. Civ. P. 78; Local Rule 7-15. The Order to Show Cause will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Order to Show Cause will result dismissal of this action.

   IT IS SO ORDERED.

Initials of Deputy Clerk  sr